```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 26240
    CECIL B WILLIAMS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7353

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 07/14/2004 and was confirmed 10/27/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 10/30/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  CURRENT MORTG         .00           .00          .00
AMERICAN GENERAL FINANCE  MORTGAGE ARRE     3650.12           .00      3650.12
AUTO ONE ACCEPTANCE       SECURED           5500.00        448.16      5500.00
AUTO ONE ACCEPTANCE       UNSECURED         2868.38           .00      2868.38
COOK COUNTY TREASURER     PRIORITY           476.81           .00       476.81
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED          .00          .00
ADT SECURITY SYSTEMS      UNSECURED        NOT FILED          .00          .00
BALLYS                    UNSECURED        NOT FILED          .00          .00
EVERGREEN EMERGENCY SERV  UNSECURED        NOT FILED          .00          .00
HOLY CROSS HOSPITAL       UNSECURED        NOT FILED          .00          .00
HOLY CROSS HOSPITAL       UNSECURED        NOT FILED          .00          .00
MCI TELECOMMUNICATIONS    UNSECURED        NOT FILED          .00          .00
NEXTEL COMMUNICATIONS     UNSECURED        NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED             .00           .00          .00
SOUTHWEST MEDICAL         UNSECURED        NOT FILED          .00          .00
ECMC                      UNSECURED         3980.08           .00      3980.08
ERNESTO D BORGES JR       DEBTOR ATTY       1,500.00                   1,500.00
TOM VAUGHN                TRUSTEE                                      1,055.29
DEBTOR REFUND             REFUND                                         129.16

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE          19,608.00

PRIORITY                                       476.81
SECURED                                      9,150.12
    INTEREST                                   448.16
UNSECURED                                    6,848.46
ADMINISTRATIVE                               1,500.00
TRUSTEE COMPENSATION                         1,055.29

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 26240 CECIL B WILLIAMS
```

```
DEBTOR REFUND                                                       129.16
                                        ---------------     ---------------
TOTALS                                        19,608.00           19,608.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
Dated: 01/28/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```